# MOLOD SPITZ & DeSANTIS, P.C.

ATTORNEYS AT LAW
1430 BROADWAY, NEW YORK, NY 10018
PHONE (212) 869-3200  FAX (212) 869-4242

aspitz@molodspitz.com
www.molodspitz.com

NEW JERSEY OFFICE*
35 JOURNAL SQUARE, SUITE 1005
JERSEY CITY, NJ 07306
(201) 795-5400



January 14, 2020

**Via ECF**

Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/15/20

Re: Scottsdale Insurance Company, Oneteam Restoration, Inc., Nautilis Realty
Limited Partnership and DNA Contracting and Waterproofing v.
Acceptance Indemnity Insurance Company
Date of Accident: 12/21/2017
Our File: IAT 663

Dear Honorable Madam:

We are in receipt of the Amended Order and Notice of Initial Conference dated January 7, 2020, advising that counsel for all parties are required to appear on January 31, 2020 for an initial Status Conference. This is our first letter motion requesting an adjournment of the scheduled conference no prior request has been made for this adjournment.

I have spoken with plaintiff's counsel and they have agreed to the adjournment.

This request is being made with sufficient time to reschedule the conference. Having conferred with counsel we are requesting either February 6th before 2:00 p.m. or February 10th, subject to the courts approval.

Very truly yours,

MOLOD SPITZ & DeSANTIS, P.C.

By: *Alice Spitz*
     Alice Spitz

cc:

Alexandra R. Kearse, Esq.
Alexandra.Kearse@kennedyslaw.com

Ann Odelson, Esq.
aodelson@cmk.com

---

Application granted. The initial conference scheduled for January 31, 2020 is hereby adjourned to February 6, 2020 at 11:30 a.m.

SO ORDERED.

Hon. Ronnie Abrams
1/15/2020