USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/6/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SCOTTSDALE INSURANCE COMPANY, ONE TEAM RESTORATION, INC., NAUTILIS REALTY LIMITED PARTNERSHIP AND DNA CONTRACTING and WATERPROOFING, LLC,

    Plaintiffs,

v.

ACCEPTANCE INDEMNITY INSURANCE COMPANY,

    Defendant.

No. 19-CV-7294 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

No later than April 6, 2020, the parties shall jointly submit a letter updating the Court as to the status of the case, including the status of the limited discovery discussed at today's conference and whether the potential conflict issues have been resolved.

SO ORDERED.

Dated:    February 6, 2020
          New York, New York

_____
Ronnie Abrams
United States District Judge