**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
SCOTTSDALE INSURANCE COMPANY et al,

                      Plaintiffs,                          **19-CV-07294 (RA) (VF)**

                -against-                            **ORDER**

ACCEPTANCE INDEMNITY
INSURANCE COMPANY

                      Defendant.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

During a status conference with the Court on November 1, 2022, the parties indicated that all discovery had been concluded except for (1) a deposition by plaintiff of a representative of defendant, and (2) a deposition by defendant of a representative of plaintiff. The parties have until December 31, 2022 to complete those two depositions. All discovery will close on December 31, 2022, after which time the parties will be ready for the filing of dispositive motions.

      **SO ORDERED.**

DATED:    New York, New York
                November 1, 2022

                                                        _____
                                                         VALERIE FIGUEREDO
                                                        United States Magistrate Judge