UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SCOTTSDALE INSURANCE COMPANY,
ONETEAM RESTORATION, INC, NAUTILUS
REALTY LIMITED PARTNERSHIP, and DNA
CONTRACTING AND WATERPROOFING,

              Plaintiffs,

  -v-                                                No. 19-CV-07294-LTS

ACCEPTANCE INDEMINITY INSURANCE
COMPANY,

              Defendant.

-------------------------------------------------------------X

## ORDER

On September 12, 2025, this Court entered a Memorandum Opinion Order (the "Order") granting partial summary judgment to Plaintiffs Scottsdale Insurance Company ("Scottsdale"), OneTeam Restoration, Inc. ("OneTeam"), Nautilus Realty Limited Partnership ("Nautilus"), and DNA Contracting and Waterproofing ("DNA"). (Docket entry no. 85.) The Court noted that a specific damages award could not be made at that time, and would be best addressed through additional briefing. (Id. at 33-34.)

The parties are accordingly directed to meet and confer, and to file a joint status report by **December 11, 2025**, identifying factual issues in dispute that require a hearing regarding the amount of damages to which Plaintiffs are entitled and any further disputes that remain live in the instant action.

The parties are further directed to file a joint letter by **September 26, 2025**, informing the Court of their availability for a settlement conference before Magistrate Judge Valerie Figueredo, to whom this case has been referred for general pretrial management, or to

notify the Court that the parties wish to be referred to the Court's mediation program for settlement purposes.

SO ORDERED.

Dated: New York, New York
      September 12, 2025

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge